AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP − 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ARMANDO SANCHEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2989-DMS

I, <u>ARMANDO SANCHEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on 9/4/08 _____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Armando Sanchez_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer